NUMBER 13-00-482-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


AVIARA ENERGY CORPORATION, ET AL.
, Appellants,


v.



THE ESTATE OF REBA VACLAVICK, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 135th District Court


of Jackson County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam


 Appellants, AVIARA ENERGY CORPORATION, ET AL., perfected an appeal
from a judgment entered by the 135th District Court of Jackson County,
Texas, in cause number 94-2-9768. After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal. In the motion, appellants state
that this case has been resolved and appellants no longer wish to prosecute
this appeal. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants'
motion to dismiss the appeal, is of the opinion that the motion should be
granted. Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of August, 2000.